1  Angela M. Bradstreet, No. 094823
   **CARROLL, BURDICK & McDONOUGH LLP**
2  Attorneys at Law
   44 Montgomery Street, Suite 400
3  San Francisco, CA 94104
   Telephone:   415.989.5900
4  Facsimile:   415.989.0932
   E-mail:      abradstreet@cbmlaw.com
5
   Attorneys for Defendants
6  CHIRON CORPORATION and KAMILLE FORD

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11 | LORENA PEREZ,              | No. C04-3993 MJJ
12 |         Plaintiff,         | Granted
   |                            | **STIPULATION OF DISMISSAL OF ENTIRE**
13 |     v.                     | **ACTION WITH PREJUDICE AND ORDER**
14 | CHIRON CORPORATION, et al.,| Complaint filed: July 29, 2004
15 |         Defendants.        |

16
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

CBM-SF\SF229232.1

STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND ORDER (NO. C04-3993 MJJ)

Plaintiff Lorena Perez and Defendants Chiron Corporation and Kamille Ford by and through their attorneys of record,

HEREBY STIPULATE that the entire action be dismissed with prejudice pursuant to F.R.C.P. §41(a)(1), each party to bear its own costs and fees.

Dated: 4-27-05          MAYO & ROGERS

By: /s/ Richard Rogers
Attorneys for Plaintiff, LORENA PEREZ

Dated: 5/9/05          CARROLL, BURDICK & McDONOUGH LLP

By: /s/ Angela M. Bradstreet
Attorneys for Defendants, CHIRON CORPORATION and KAMILLE FORD

**ORDER**

APPROVED
Judge Martin J. Jenkins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED.

Dated: 5/16/2005          /s/
Honorable Martin Jenkins
Judge of the United States District Court
Northern District of California

CBM-SF\SF229232.1                     -2-
STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND ORDER (NO. C04-3993 MJJ)